**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
KIRK J. ALFARO,

                             Plaintiff,

            - against -

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, POLICE OFFICER
RICHARD T. STECK, SERGEANT MAHON
and OFFICER JOHN DOES Nos. 1 through 10,

                            Defendants.
---------------------------------------------------------------X

**ORDER**

CV 07-747 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      On August 12, 2009 Judge Spatt issued an Order [DE 59] relieving Nora Constance Marino, Esq. as counsel for Plaintiff Kirk Alfaro. At the November 5, 2009 Status Conference before me, Mr. Alfaro appeared *pro se* and stated that he was working to obtain new counsel, and that he wished to obtain his case file from Ms. Marino. In order to expeditiously resolve this issue, I informed the parties on the record that my Chambers would contact Ms. Marino in an effort to obtain the file for Plaintiff Alfaro. Plaintiff consented on the record to the Court taking this action. Immediately thereafter, my Law Clerk spoke to Ms. Marino, who consented to mail the file to Mr. Alfaro. Accordingly,

      IT IS HEREBY ORDERED that Ms. Marino send Plaintiff's file to Mr. Alfaro at the earliest possible date.

      The parties are reminded that they are to appear, as previously directed, for an in-person Status Conference on January 6, 2010 at 11:00 a.m. in Courtroom 910. Plaintiff is directed to

appear with his new counsel and if he has not obtained new counsel by that date, he is required to appear for the Conference *pro se*.

**SO ORDERED.**

Dated: Central Islip, New York
November 9, 2009

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge